**FIRST FEDERAL SAVINGS BANK OF WASHINGTON, a corporation, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 91–35690.

United States Court of Appeals, Ninth Circuit.

Submitted June 8, 1993 *.

Decided June 22, 1993.

Bruce E.H. Johnson, Davis Wright Tremaine, Seattle, Washington, and James K. Hayner, Minnick Hayner, Walla Walla, WA, for plaintiff-appellant.

Gary R. Allen, Bruce R. Ellisen, and Edward T. Perelmuter, Dept. of Justice, Washington, DC, for defendant-appellee.

Before: WRIGHT, FARRIS, D.W. NELSON, Circuit Judges.

We affirm on the basis of the well-reasoned opinion of the district court. *First Federal Savings Bank of Washington v. United States,* 766 F.Supp. 897 (E.D.Wash. 1991); *see also Pacific First Federal Savings Bank v. Commissioner,* 961 F.2d 800 (9th Cir.), *cert. denied,* —— U.S. ——, 113 S.Ct. 209, 121 L.Ed.2d 150 (1992).